IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ALLISON A., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 7:17-cv-65 |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) ) | By: Elizabeth K. Dillon United States District Judge |
| Defendant. | ) | |

**ORDER**

For the reasons set forth in the accompanying memorandum opinion entered this day, it is hereby ORDERED that:

1. The report and recommendation entered on July 18, 2018 (Dkt. No. 20) is ADOPTED;

2. The plaintiff's motion for summary judgment (Dkt. No. 13) is DENIED;

3. The commissioner's motion for summary judgment (Dkt. No. 15) is GRANTED;

4. The commissioner's decision is AFFIRMED; and

5. This matter is STRUCK from the active docket of the court.

The clerk is directed to send a copy of the memorandum opinion and this order to all counsel of record.

Entered: September 17, 2018.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge